SHARON L. ANDERSON (SBN 94814)
County Counsel
MONIKA L. COOPER (SBN 193729)
Assistant County Counsel
TREVOR J. KOSKI (SBN 250230)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: monika.cooper@cc.cccounty.us

Attorneys for Defendants
County of Contra Costa, Karen Mitchoff,
Mary Piepho, John Gioia, and Federal Glover

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY DEPUTY SHERIFFS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>MITCHOFF, ET AL.,<br><br>Defendants. | No. C15-00261 THE<br><br>STIPULATION AND [PROPOSED] MODIFIED ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Crtrm:  12, 19th Floor<br>Judge:  Hon. Thelton E. Henderson, Presiding<br>Date Action Filed: January 20, 2015<br>Trial Date:  None Assigned |

**STIPULATION**

The initial Case Management Conference ("CMC") in this matter is currently scheduled for Monday, April 27, 2015.  (Docket No. 14.)  On March 24, 2015, the Court granted the motion to dismiss filed by defendants COUNTY OF CONTRA COSTA, KAREN MITCHOFF, MARY PIEPHO, JOHN GIOIA, AND FEDERAL GLOVER ("defendants"). (Docket No. 20.)  The Court granted plaintiff CONTRA COSTA COUNTY DEPUTY SHERIFFS' ASSOCIATION leave to amend on or before April 14, 2015.  (*Id.* at 17.)

If plaintiff files a First Amended Complaint, defendants anticipate they will file another motion to dismiss, which will not be heard – or due – by the time of the currently scheduled

1  CMC. Given this fact, plaintiff and defendants believe it will serve judicial economy and the
2  best interests of the parties to continue the CMC to July 13, 2015, at which point any motion to
3  dismiss will likely have been heard and decided.
4        Therefore, plaintiff and defendants stipulate and request that this Court continue the
5  current date for the CMC until Monday, July 13, 2015, or as soon thereafter as the Court's
6  schedule permits, with the deadline for submission of the Joint CMC Statement seven days
7  prior.
8        SO STIPULATED.

9  DATED: April 3, 2015        SHARON L. ANDERSON, County Counsel

12        By:   *s/ Monika L. Cooper*
           MONIKA L. COOPER
13            Assistant County Counsel
          Attorneys for Defendants

15  DATED: April 3, 2015        RAINS LUCIA STERN, PC

18        By:   *s/ Timothy K. Talbot*
          TIMOTHY K. TALBOT
          Attorney for Plaintiff

20  **ORDER**

21      PURSUANT TO STIPULATION, IT IS SO ORDERED. The initial CMC is continued
22  to Monday, ~~July 13, 2015~~ June 29, 2015, and the deadline to submit the Joint CMC Statement is ~~July 6, 2015~~ June 22, 2015.

24  DATED: April __6__, 2015        _____
          HON. THELTON E. HENDERSON
25            United States District Court Judge