Timothy K. Talbot, SBN 173456
Zachery A. Lopes, SBN 284394
**RAINS LUCIA STERN, PC**
2300 Contra Costa Boulevard, Suite 500
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile: 925.609.1690
Email: ttalbot@rlslawyers.com

Attorneys for Plaintiff
Contra Costa County Deputy Sheriffs Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY DEPUTY SHERIFFS ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>KAREN MITCHOFF, MARY PIEPHO, JOHN GIOIA, FEDERAL GLOVER, and COUNTY OF CONTRA COSTA,<br><br>Defendants. | Case No.:  CV 15-00261 TEH<br><br>**STIPULATION OF DISMISSAL**<br><br>FRCP 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, through their designated counsel, that this action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties further stipulate and agree that the dismissal shall be without a finding that any party is a prevailing party, without costs or attorneys' fees to any party, and with the agreement that Plaintiff will not appeal any ruling or finding by the Court in this case.

**IT IS SO STIPULATED.**

//

//

| | | |
|---|---|---|
| 1 | Dated: April 8, 2015 | Respectfully submitted, |
| 2 | | **RAINS LUCIA STERN, PC** |
| 4 | | By: s/ Timothy K. Talbot |
| 5 | | TIMOTHY K. TALBOT |
| | | Attorneys for Plaintiff |
| 6 | | Contra Costa County Deputy Sheriffs Association |
| 9 | Dated: April 8, 2015 | **COUNTY OF CONTRA COSTA** |
| 11 | | By: s/ Monika L. Cooper |
| 12 | | MONIKA L. COOPER |
| | | Attorneys for Defendants |
| 13 | | County of Contra Costa, Karen Mitchoff, Mary Piepho, John Gioia and Federal Glover |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
4/9/2015
IT IS SO ORDERED
Judge Thelton E. Henderson

---

2

**STIPULATION OF DISMISSAL – CASE NO. CV 15-00261  TEH**